United States District Court
Southern District of Texas
**ENTERED**
November 09, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| **ROLE P PAKA SAINTE AGNES,** | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:26-CV-01488** |
| | § | |
| **MARKWAYNE MULLLINS, *et al.*,** | § | |
| | § | |
| **Respondents.** | § | |

## ORDER

On September 10, 2026, Respondents informed the Court that Petitioner was provided with a bond hearing in accordance with the Court's Order, (Dkt. 11), and the Immigration Judge denied Petitioner bond. (Dkt. 12.) Upon review by the Court, Petitioner did not appear in the ICE Detainee Locator.[1] Accordingly, Respondents are **ORDERED** to submit an advisory **on or before November 12, 2026**, informing the Court whether Petitioner remains detained and the status of Petitioner's removal.

IT IS SO ORDERED.

SIGNED this November 9, 2026.

Diana Saldaña
United States District Judge

[1] Online Detainee Locator System: A-Number 221-351-721, U.S. IMMIGR. AND CUSTOMS ENF'T, https://locator.ice.gov/odls/#/results (last visited Nov. 9, 2026).